**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------X

STELLA CARBAJAL,                   Civil Action No. 2:08-cv-4169 (JFB) (AKT)

        Plaintiff,

v.

                              **ASSET ACCEPTANCE, LLC'S,**
ASSET ACCEPTANCE, LLC,      **RULE 7.1 CORPORATE DISCLOSURE**
                              **STATEMENT**

        Defendant.

-------------------------------------------------X

      Defendant, Asset Acceptance, LLC ("Asset"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

      1.      Fed. R. Civ. P. 7.1(a) provides:  "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

      2.      Asset is a wholly-owned subsidiary of the publicly traded corporation Asset Acceptance Capital Corp.

                                **WINNE, BANTA, HETHERINGTON,**
                                **BASRALIAN & KAHN, P.C.**

Dated: Hackensack, New Jersey
       December 19, 2008         s/ Michael J. Cohen
                              Michael J. Cohen, Esq.
                              21 Main Street
                              Court Plaza South - East Wing
                              Hackensack, New Jersey  07602
                              Phone:      (201) 487-3800
                              Facsimile:   (201) 487-8529
                              mcohen@winnebanta.com

*-and-*

Dayle M. Van Hoose, Esq.
SESSIONS, FISHMAN, NATHAN, & ISRAEL, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, FL 33634
Telephone:   (813) 890-2460
Facsimile:   (813) 889-9757
dvanhoose@sessions-law.biz


*Counsel for Defendant,*
*Asset Acceptance, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on this date, a copy of the foregoing answer was filed and served electronically via the court's electronic filing system upon Amir J. Goldstein, Esq., 591 Broadway, Suite 3A, New York, NY 10012.  Parties may access this filing through the Court's system.

Dated: Hackensack, New Jersey
      December 19, 2008

s/ Michael J. Cohen
Michael J. Cohen

04827- 00001
77753v1

2